**FILED**

SEP 17 2025

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. **1 : 2 5 CR   4 8 1** |
| | ) | Title 18, United States Code, |
| ERROL KING, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(8) and Title 21, United |
| | ) | States Code Sections 841(a)(1) |
| Defendant. | ) | and (b)(1)(C) |
| | ) | |

**JUDGE BARKER**

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.     On or about July 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant ERROL KING did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2.     On or about July 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant ERROL KING, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of a Firearm, on or

about October 20, 2015, in case number 1:14-CR-336, in Federal District Court, Northern District of Ohio; Drug Trafficking, on or about January 11, 2016, in case number CR-14-588737, in Cuyahoga County Common Pleas Court; and Drug Trafficking, on or about November 7, 2012, in case number CR-12-565083, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Kimber, model Pro Crimson Carry II, .45 caliber pistol, bearing serial number KR146352, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

3.      For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 2, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant ERROL KING, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2